SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| LARY FEEZOR, | No. 2:07-CV-2033-FCD-KJM |
| Plaintiff, | **REQUEST FOR DISMISSAL** |
| vs. | **AND ORDER THEREON** |
| APPLE AB ENTERPRISES, INC., et al., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Plaintiff, LARY FEEZOR, requests the Court dismiss the above entitled action, with prejudice, as to all Defendants.

Dated: January 17, 2008          LAW OFFICES OF LYNN HUBBARD, III

                                                         /s/ Lynn Hubbard, III
                                                      LYNN HUBBARD, III
                                                      Attorney for Plaintiff

IT IS SO ORDERED.

DATED: January 18, 2008

                                                        FRANK C. DAMRELL, JR.
                                                        UNITED STATES DISTRICT JUDGE